William Turley, Esq. (SBN #122408)
David Mara, Esq. (SBN #230498)
Jamie Serb, Esq. (SBN #289601)
**THE TURLEY & MARA LAW FIRM, APLC**
7428 Trade Street
San Diego, California 92101
Telephone: (619) 234-2833
Facsimile: (619) 234-4048

Attorneys for LUIS GUERRERO,
on behalf of himself, all others similarly situated,
and on behalf of the general public.

Matthew C. Kane (SBN # 171829)
Sabrina A. Beldner (SBN # 221918)
Sylvia J. Kim (SBN # 258363)
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for HALLIBURTON ENERGY SERVICES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GUERRERO on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES, INC.; and DOES 1-100,<br><br>Defendants. | Case No.  1:16-cv-01300-LJO-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE**<br><br>**(Doc. 23)** |

///

Plaintiff LUIS GUERRERO ("Plaintiff") and Defendant HALLIBURTON ENERGY

SERVICES, INC. ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on September 7, 2016, Honorable Jennifer J. Thurston set a Mandatory Initial Scheduling Conference in this case for December 2, 2016;

WHEREAS, on September 9, 2016, Defendant filed a Motion to Dismiss and/or Strike Plaintiff's Complaint;

WHEREAS, on November 2, 2016, Honorable Lawrence J. O'Neill issued a Memorandum and Decision Order on Defendant's Motion to Dismiss and/or Strike Plaintiff's Complaint;

WHEREAS, on November 3, 2016, Honorable Jennifer J. Thurston continued the Initial Scheduling Conference from December 2, 2016, to January 26, 2017, to allow time for the pleadings to settle;

WHEREAS, on November 22, 2016, Plaintiff filed his First Amended Complaint;

WHEREAS, on December 6, 2016, Defendant filed a Motion to Dismiss and/or Strike Plaintiff's First Amended Complaint;

WHEREAS, on December 7, 2016, in light of the pending Motion to Dismiss, Honorable Jennifer J. Thurston continued the Initial Scheduling Conference from January 26, 2017, to March 16, 2017;

WHEREAS, on February 3, 2017, Honorable Lawrence J. O'Neill issued a Memorandum and Decision Order on Defendant's Motion to Dismiss and/or Strike Plaintiff's First Amended Complaint;

WHERAS, on February 23, 2017, Plaintiff filed his Second Amended Complaint;

WHEREAS, on March 9, 2017, Defendant informed Plaintiff it will file its Answer to Plaintiff's Second Amended Complaint on March 9, 2017;

WHEREAS, an Initial Scheduling Conference is currently scheduled in this case for March 16, 2017, at 8:30 a.m. before Magistrate Judge Jennifer L. Thurston;

WHEREAS, pursuant to the Order Setting Mandatory Scheduling Conference issued by

Honorable Jennifer J. Thurston, the Parties are required to hold a conference twenty (20) days prior to the Mandatory Scheduling Conference and submit a Joint Scheduling Report at least seven (7) days prior to the scheduled conference;

WHEREAS, in light of multiple challenges to the pleadings, Plaintiff's filing of his Second Amended Complaint on February 23, 2017, and Defendant's intention to file an Answer to Plaintiff's Second Amended Complaint on March 9, 2017, the Parties are in need of more time to conduct their conference of counsel and prepare a Joint Scheduling Report prior to the Initial Scheduling Conference in this case;

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, by and through their respective counsel, that they respectfully request, subject to the Court's approval, that the Court continue the Initial Scheduling Conference currently scheduled for March 16, 2017, for thirty (35) days to April 20, 2017, or a date more convenient for the Court.

**IT IS SO STIPULATED.**

Dated: March 9, 2017                              **THE TURLEY & MARA LAW FIRM, APLC**

                              By:     /s/ *Jamie Serb*_____
                                      William Turley
                                      David Mara
                                      Jamie Serb
                                      Attorneys for LUIS GUERRERO,
                                       on behalf of himself, all others similarly situated

Dated: March 9, 2017                              **MCGUIREWOODS LLP**

                              By:     /s/ *Sabrina A. Beldner*_____
                                      Matthew C. Kane
                                      Sabrina A. Beldner
                                      Sylvia J. Kim
                                      Attorneys for HALLIBURTON ENERGY
                                      SERVICES, INC.

**ORDER**

Based upon the stipulation of the parties, the mandatory scheduling conference is **CONTINUED** to **April 20, 2017 at 8:30 a.m**. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f), and file their Joint Scheduling Report seven days before the scheduled Initial Scheduling Conference.

IT IS SO ORDERED.

Dated:   **March 13, 2017**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE