# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GUERRERO, | Case No. 1:16-cv-01300-LJO-JLT |
| Plaintiff, | **ORDER AFTER NOTICE OF SETTLEMENT** |
| v. | **(Doc. 48)** |
| HALLIBURTON ENERGY SERVICES, INC., | |
| Defendants. | |

The parties report they had come to terms of settlement. (Doc. 48) They indicate they will seek dismissal of the action soon. <u>Id</u>. at 2. Thus, the Court **ORDERS**:

1.     The stay is LIFTED;

2.     The stipulation to dismiss the action **SHALL** be filed <u>**no later than November 8, 2019**</u>;

3.     All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

Dated: __October 4, 2019__           _____/s/ Jennifer L. Thurston___
                                UNITED STATES MAGISTRATE JUDGE