# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GUERRERO on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES, INC.; and DOES 1-100,<br><br>Defendants. | CASE NO. 1:16-cv-01300-LJO-JLT<br><br>**ORDER CLOSING THE ACTION**<br>**(Doc. 50)** |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 50) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action. This order is **without prejudice** to the prospective class.

IT IS SO ORDERED.

Dated: __October 16, 2019__         _____/s/ Jennifer L. Thurston__
                                                              UNITED STATES MAGISTRATE JUDGE

119727633.1

1
**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 1:16-CV-01300-LJO-JLT**